**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Keith Glover
175-359 D.C. JAIL
1901 D St SE
WASHINGTON, D.C. 20003
(Enter your full name, prison number
and address)

v.

Dennis Harrison, Warden
Sgt. L. White, Corr. ofc.
Elwood York, Director
District of Columbia
(Enter the full name and address(es),
if known, of defendant(s) in this
action)

CASE NUMBER   1:05CV01948
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 10/04/2005

JURY ACTION

CASE RE-ASSIGNED TO SULLIVAN, J. EGS

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. §1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate complaint for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $150.00.. If insufficient funds exist in your prison account at the time of filing your complaint, the court must assess, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you **must** submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copies to the Clerk of United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.

I. **SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )    No (X)

C. If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit.

    Plaintiffs: N/A

    Defendants: N/A

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

### III. PLACE OF CONFINEMENT

D.O.C. D.C. Jail 1901 D St. S.E. Washington, D.C. 20003

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Question III B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is Yes to Question III B;

1. To whom and when did you complain? Sept 7, 2005 Dennis Harrison, Warden

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes (X) No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) No response yet

4. What happened as a result of your complaint? As of yet, no action taken

D. If your answer is No to Question III B, explain why not. N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? __N/A__

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) N/A

3. What, if any, response did you receive? (Furnish copy of response if in writing) __N/A__

4. What happened as a result of your complaint? _____
   __N/A__

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: __Keith Glover #175-359 D.C. Jail__
   Address: __1901 D St. S.E. Washington, D.C. 20003__

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: __Dennis Harrison__ is employed as __Acting Warden__ at __D.C. Jail__
   Address: __1901 D Street SE__
   __Washington, D.C. 20003__

   Defendant: __Sgt. L. White__ is employed as __Correctional Officer__ at __D.C. Jail__
   Address: __1901 D Street S.E.__
   __Washington, D.C. 20003__

   Defendant: __Elwood York__ is employed as __Director__ at __D.C. Dept. of Corrections__
   Address: __1923 Vermont Avenue N.W__
   __Washington, D.C. 20009__

   Defendant: __District of Columbia__ is employed as __Mayor__ at _____
   Address: _____

### V. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if necessary.

On Sept 6, 2005, I was called for wound care, which I had an appointment, at the infirmary. After arriving at the infirmary, I learned that I had to also do blood work at the lab for my H.I.V status. During the course of waiting for approx 1½ hours I asked Sgt. White what was taking so long for me to be seen. He informed me to return back to my housing unit because he don't need me telling him his Job. I was denied medical treatment

### VI. RELIEF

State briefly exactly what you want the Court to do for you.

Trial by Jury.
Compensatory and punitive damages $750.000.
To be allowed to sue each individual in there official capacity and individually.

Signed this 13TH day of September 2005.

_Keith M. Glover_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

9-13-05
(Date)

_Keith M. Glover_
(Signature of Plaintiff)

TO: Warden, D.C. Jail

Subject: IGP remedy

From: Keith Glover 175-359

Sept 7, 2005

    I am lodging a complaint against Sgt. White whom is O.I.C of medical. On Sept 6, 2005, he stopped me from receiving medical care which I have 2 open wounds on my right leg and have an appointment each day for wound care. Also he stopped me from receiving blood work to monitor my H.I.V+ status — and liver plus others medical testes. Because I asked him why we can't be seen according to our arrival, he sent me to back to my unit for me telling him how to do is job.

Respectfully
Keith Glover

05 1948
**FILED**
OCT - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sept. 7, 2005

Keith Glover 175-359
(D.C. Jail) 1901 D St. SE
Washington, D.C. 20003

RE: Letter of Intent To Sue

Dear Mayor,
    Please be advised that on Sept 6, 2005, at the D.C. Jail Infirmary that Sgt. White stopped me from receiving wound care to my right leg and denied me from receiving blood work to monitor my H.I.V.+ status and multiply other test. He Sgt. White stated that since I was telling him how to do his job I can do it from my unit. He then sent me back to the unit without receiving medical treatment.

Respectfully
Keith Glover