UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH GLOVER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1948 (EGS) |
| DISTRICT OF COLUMBIA, <u>et al</u>. | : |
| Defendants. | : |

**<u>DEFENDANTS' WAIVER OF REPLY TO PLAINTIFF'S COMPLAINT</u>**

Defendants District of Columbia, Dennis Harrison, Elwood York and L. White, by and through counsel, hereby waive their reply to plaintiff's complaint pursuant to 42 U.S.C. § 1997(g). Plaintiff is an inmate in the custody of the D.C. Department of Corrections. Plaintiff avers that on September 6, 2005, he was denied a medical appointment. Plaintiff has not pled a physical injury as contemplated by 42 USCS § 1997(e)(e).

As provided by the Act, these defendants' waiver should not be construed as an admission of any of the allegations contained in plaintiff's complaint. Instead, these defendants request to waive their right to reply unless and until the Court specifically orders a reply, as provided for in the PLRA.

WHEREFORE, these defendants request this Court to grant their waiver of reply.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


\_\_/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Sec. IV


BY: \_\_\_/s/_____
MATTHEW CASPARI [488295]
Assistant Attorney General
441 4th Street, N.W., Suite 6S066
Washington, D.C. 20001
 (202) 724-6650, (202) 727-6295


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Waiver of Reply was mailed, postage prepaid, on this 19th day of January, 2006, to Mr. Keith Glover, District of Columbia Jail, 1901 D Street, SE, Washington, DC 20003.


\_\_/s/_____
MATTHEW CASPARI