UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|                          |     |                              |
|--------------------------|-----|------------------------------|
| KEITH GLOVER,            | )   |                              |
|                          | )   |                              |
|          Plaintiff,      | )   |                              |
|                          | )   |                              |
|          v.              | )   | Civil Action No. 05-1948 (EGS) |
|                          | )   |                              |
| DENNIS HARRISON *et al.*, | )  |                              |
|                          | )   |                              |
|          Defendants.     | )   |                              |
|                          | )   |                              |

_____

ORDER

Defendants have filed a waiver of reply pursuant to 42 U.S.C. § 1997e(g)(1).  It appearing

that plaintiff has a reasonable chance of prevailing on the merits of the complaint, it is

ORDERED, pursuant to 42 U.S.C. § 1997e (g)(2), that defendants shall answer or

otherwise respond to the complaint within **twenty (20) days** of this Order.

SO ORDERED.


                                                    SIGNED:      EMMET G.  SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE

DATE: January 20,  2006