REPRODUCED AT THE NATIONAL ARCHIVES

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH GLOVER,

      Plaintiff,

      v.                          Civil Action No. 94-2414 (NHJ)

PAUL KRULL, *et al.*,

      Defendants.

**FILED**

MAY 3 1 1995

Clerk, U.S. District Court
District of Columbia

<u>O R D E R</u>

    Plaintiff filed this prisoner civil rights action *pro se* on November 8, 1994. On December 7, 1994, defendants Krull and Anderson filed a motion to dismiss; defendants Bivens and Datcher, who claimed not to have been served, stated that they also should be dismissed from this action, *see* Def.'s Mot. Dis. at 1 n.1. No timely response to the motion to dismiss was filed. On April 4, 1995, the Court denied plaintiff's motion for appointment of counsel and ordered plaintiff to respond to defendants' dispositive motion not later than April 25, 1995. Per *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court warned plaintiff that it would treat the motion as conceded and dismiss this case if plaintiff did not oppose the pending motion. Plaintiff has failed to respond to the motion to dismiss within the allotted time. The Court will therefore treat the motion as conceded. See Local Rule 108(b). Accordingly, it is this _31st_ day of May, 1995,

    ORDERED that the motion of defendants to dismiss be, and hereby is, granted; and it is further

REPRODUCED AT THE NATIONAL ARCHIVES

ORDERED that this case be, and hereby is, dismissed.

NORMA HOLLOWAY JOHNSON
UNITED STATES DISTRICT JUDGE

2

REPRODUCED AT THE NATIONAL ARCHIVES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH GLOVER                           :
                                       :
                                       :
                    Plaintiff          :
                                       :  Civil Action No.94-2414
                                       :  (NHJ)
PAUL KRULL, ET AL.                     :                  **FILED**
                                       :
                    Defendants         :            FEB 13 1995
_____   :
                                          Clerk, U.S. District Court
                                            District of Columbia

### MOTION OF DEFENDANTS PAUL KRULL AND DARRYL ANDERSON TO DISMISS THE COMPLAINT

Defendants Paul Krull and Darryl Anderson respectfully move this Court, pursuant to Fed. R. Civ. Proc. Nos. 12(b)(1) and 12(b)(6) to dismiss the complaint against them.[1]   As grounds for this motion defendants assert as follows:

1.  This Court lacks jurisdiction as there is no federal right to a drug treatment program.

2.  The individual defendants are protected by qualified immunity.

3.  Plaintiff has failed to allege facts to support municipal liability.

In support of their motion, defendants respectfully refer the Court to the attached memorandum of points and authorities.

Respectfully submitted,

GARLAND PINKSTON
Acting Corporation Counsel, D.C.
MICHAEL E. ZIELINSKI
Assistant Deputy Corporation Counsel

---

[1]  Petitioner has also named Carmen Bivens, case manager, and Larry Datcher, substance abuse counselor, as defendants, although they have not been served yet.  The arguments raised in this motion to dismiss apply equally to all defendants, even if not yet served.

REPRODUCED AT THE NATIONAL ARCHIVES

Civil Division
RICHARD S. LOVE
Assistant Corporation Counsel
Chief, Correctional Litigation Section


By:  _____
     CAROL PASKIN EPSTEIN [#367082]
     Assistant Corporation Counsel
     Office of the Corporation Counsel
     Correctional Litigation Section
     441-4th Street, N.W., 6th Floor South
     Washington, D.C.  20001
     (202) 727-6295