Case 1:05-cv-01948-EGS   Document 15-6   Filed 02/09/2006   Page 1 of 1

# United States Court of Appeals
## For The District of Columbia Circuit

April 8 1994

No. 93-7112

September Term, 1993

93cv00275

United States Court of Appeals
For the District of Columbia Circuit

FILED  FEB 23 1994

RON GARVIN
CLERK

Keith Glover,

        Appellant

v.

Linda Smith, Parole Analyst

FILED
APR 11 1994
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**BEFORE:** Edwards, Buckley and Sentelle, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed October 12, 1993, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the order of the district court, filed February 25, 1993, dismissing appellant's petition be summarily affirmed. To establish a violation of the Eighth Amendment, appellant must show that the condition of confinement or action complained of was cruel and unusual and that prison officials acted with deliberate indifference. See _Wilson v. Seiter_, 111 S. Ct. 2321, 2323-25 (1991). Appellant's allegations do not support a conclusion that prison officials either acted with deliberate indifference or actually caused him to suffer any cruel and unusual conditions. Because there is no arguable legal or factual basis for appellant's claim, his petition meets the standard for dismissal as frivolous under 28 U.S.C. § 1915(d). See _Neitzke v. Williams_, 490 U.S. 319, 325 (1989).

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C. Cir. Rule 41.

_Per Curiam_

True copy:
Test: Ron Garvin
United States Court of Appeals
By the District of Columbia Circuit
_____ Deputy Clerk