UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH GLOVER, | : |
| Plaintiff, | : Civil Action No. 05-1948 (EGS) |
| v. | : |
| DISTRICT OF COLUMBIA, et al. | : |
| Defendants. | : |

**DEFENDANTS DISTRICT OF COLUMBIA, DENNIS HARRISON, ELWOOD YORK AND L. WHITE'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

These defendants, by and through counsel, herein submit their Statement of Material Facts that are Not in Genuine Dispute, and state as follows:

1. The DOC Grievance Protocol, DOC Order 4030.1D (May 4, 1992), requires that an inmate file a grievance with the Administrator of the institution where he is housed within fifteen calendar days of the incident giving rise to the grievance. See Exhibit F, IGP § VII (F)(3).

2. The IGP provides two levels of appeal: first to the Associate Director of DOC, and finally to the DOC Director. See IGP § VII (G)(3-4).

3. Plaintiff alleges that he filed a grievance to the Administrator of the institution, Dennis Harrison, on September 7, 2005. Complaint, pgs. 3 & 6.

4. Plaintiff's complaint was signed on September 13, 2005, and filed on October 4, 2005, without first appealing his grievance to the Associate Director of DOC or the DOC Director. See Complaint, generally.

        Respectfully Submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        __/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        __/s/_____
        MATTHEW W. CASPARI [488295]
        Assistant Attorney General
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6650; (202) 727-6295