United States District Court For The
District of Columbia

Keith Glover
    Plaintiff,

v.                                                                                C.A.No: 05-1948 (EGS)

Dennis Harrison, et. al.,
    Defendants

## Motion For Appointment of Counsel

Comes now the plaintiff, Keith Glover, pro-se with out legal representation, whom respectfully moves this court on the instant motion for Appointment of Counsel and states as follows:

1). Plaintiff is incarcerated and does not have access to the law library except for one hour every other week and the legal materials are out dated.

2). Plaintiff's knowledge is very limited on research and he doesn't have access to review his medical files.

3). Plaintiff states that he has full blown AIDS and has been experiencing illnesses as well as awaiting surgery for various infections throughout the body.

4) With this disease, plaintiff can become very ill at any given time and justice would be best served if an attorney was appointed, even on a limited bases.

For these reasons and any that the Court may deem appropriate, plaintiff prays for a counsel to assist him in this case.

Respectfully Submitted
Keith Glover
Keith Glover # 175-359
D.C. Jail 1901 D St. S.E.
Washington, D.C. 20003