United States District Court For The District of Columbia

Keith Glover
    Plaintiff,

v.                                Civil Action No. 05-1948 (EGS)

Dennis Harrison, et. al.,
    Defendants

## Motion For Extension of Time

    Plaintiff, Keith Glover, without legal counsel moves this Honorable Court on the instant motion and states as follows:

    The plaintiff acknowledges an Order from this Court dated February 10th, 2006, in which it stated that the defendants has filed a motion to dismiss or for summary judgment, and that the plaintiff has until March 15, 2006 to respond to defendants motion to dismiss or for summary judgment.

    Plaintiff, Keith Glover is requesting an extension of time to respond to the defendants motion for the following reasons:

1) The defendants never served a copy of its motion on the plaintiff and the plaintiff can not respond adquately. For that reason plaintiff urges this Court to direct an Order to the defendants informing them of their duties to forward a copy of all pleading to plaintiff.

Respectfully Submitted
Keith Glover

## Certificate of Service

I hereby certify that a copy of the foregoing motion for Extension of Time was mailed on this 21st day of February 2006, to Matthew Caspari at 441 4th St. NW, suite 65066, Washington D.C. 20001 whom is an Assistant Attorney General

Keith Glover

Keith Glover #175-359
D.C. Jail
1901 D St. S.E.
Washington, D.C. 20003