UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH GLOVER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS HARRISON *et al.*, )<br>)<br>Defendants. )<br> | Civil Action No. 05-1948 (EGS) |

ORDER

Plaintiff moves for the appointment of counsel and for an enlargement of time to respond to defendants' dispositive motion. In the latter motion, plaintiff asserts that defendants did not serve him a copy of the motion. Defendants have not responded. Thus, despite defendants' certificate of service, the Court will direct that they re-serve the motion and grant plaintiff additional time to respond..

With respect to plaintiff's motion for appointment of counsel, civil litigants have no right to the assistance of counsel. The Court may nonetheless appoint counsel if it finds it to be warranted upon consideration of the factors set forth in Local Civil Rule 83.11(b)(3). Having considered those factors in light of plaintiff's motion and the proceedings thus far, the Court does not find an appointment warranted at this time and therefore will deny this motion. Accordingly, it is

ORDERED that plaintiff's motion for the appointment of counsel [Dkt. # 22] is DENIED; it is

FURTHER ORDERED that plaintiff's motion for an enlargement of time [Dkt. # 23] is GRANTED, *nunc pro tunc*; and it is

FURTHER ORDERED that within **five (5) days** of this Order, defendants shall serve plaintiff with a copy of their dispositive motion, to which plaintiff shall respond by **May 3, 2006**. As previously advised, plaintiff's failure to respond by the deadline will result in the Court treating the motion as conceded and, if the circumstances warrant, dismissing the case. *See* Order (Feb. 10, 2006).

                                              SIGNED:    EMMET G. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE

DATE: March 29, 2006