UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH GLOVER, | : |
| Plaintiff, | : Civil Action No. 05-1948 (EGS) |
| v. | : |
| DISTRICT OF COLUMBIA, et al. | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

In compliance with this Court's Order dated March 29, 2006, requiring the District of Columbia and individually-named defendants to re-serve their Motion to Dismiss, or in the alternative, for Summary Judgment, Memorandum of Points and Authorities, Proposed Order and Exhibits to plaintiff within five (5) days of the Order, I hereby certify that on this 29th day of March, 2006, a duplicate copy of these documents were mailed postage prepaid to:

Mr. Keith Glover, DCDC # 175-359
D.C. Jail
1901 D Street, S.E.
Washington, D.C. 20003

Respectfully Submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

    \_\_/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

    \_\_/s/_____
MATTHEW W. CASPARI [488295]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6650; (202) 727-6295