UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH GLOVER,  :  <br> :  <br>    Plaintiff,  :   Civil Action No. 05-1948 (EGS) <br> :  <br>   v.   :  <br> :  <br> DISTRICT OF COLUMBIA, <u>et al</u>.  : <br> :  <br>    Defendants.  : | |

**NOTICE OF MAILING**

Pursuant to this Court's Order dated March 29, 2006, the District of Columbia, and individually-named defendants, served an additional copy of the District defendants' Motion to Dismiss or in the alternative for Summary Judgment upon plaintiff at the D.C. Jail, 1901 D Street, SE. The U.S. Postal Service returned the package as undelivered, "Moved, Left No Address." See Exhibit A. The Federal Bureau of Prisons' website now identifies Mr. Glover as residing at the Rivers Correctional Institution. The District defendants served on April 24, 2006, another copy of their Motion to Dismiss, or in the alternative, for Summary Judgment, Memorandum of Points and Authorities, Proposed Order and Exhibits to plaintiff at the following address:

    Keith Glover, # 175-359
    CI Rivers
    Correctional Institution
    P.O.Box 630
    Winton, NC 27986

                                    Respectfully Submitted,

                                    ROBERT J. SPAGNOLETTI
                                    Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


\_\_/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_/s/_____
MATTHEW W. CASPARI [488295]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6650; (202) 727-6295


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 24th day of April, 2006, that a copy of the foregoing

Notice of Mailing was mailed postage prepaid to:

Keith Glover, # 175-359
CI Rivers
Correctional Institution
P.O.Box 630
Winton, NC 27986

\_\_/s/_____
MATTHEW CASPARI
Assistant Attorney General