2006

APR

SUBURBAN MD P&DC 208

OFFICIAL BUSINESS
PENALTY FOR MISUSE

PM

RETURNED TO SENDER

Forwarding Order Expired
Insufficient Address
Moved, Left No Address/Refused
Unclaimed, Not Known
Attempted, Not Known

No Such Street
No Such Number
No Such Date
Route No.
Carr. Initials