UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH GLOVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1948 (EGS) |
| | ) |
| DENNIS HARRISON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

<u>ORDER</u>

Defendants have moved to dismiss or for summary judgment. By Order of February 10, 2006, plaintiff was advised about his obligation to respond to the motion and the consequence of dismissal if he did not respond. By Order of March 29, 2006, in response to plaintiff's motion, the Court enlarged the time to May 3, 2006, for plaintiff to respond and reminded him of the consequences of not responding. Plaintiff has neither responded to the motion nor sought additional time to respond. Accordingly, it is

ORDERED that defendants' motion to dismiss [Dkt. No. 15] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE, subject to reconsideration by the Court in the event that the plaintiff files a motion for reconsideration of this Order, setting forth the reasons for reconsideration, within 20 days from the filing date of this Order.

SIGNED:   EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: August 1, 2006